# MEMORANDA

OF

*CAUSES DECIDED DURING THE PERIOD EMBRACED IN THIS VOLUME, WHICH ARE NOT REPORTED IN FULL.*

---

GEORGE MUNRO, Respondent, *v.* FRANK TOUSEY, Appellant.

THIS case presented the same question and was argued and decided with *Munro* v. *Tousey* (*ante,* page 38).

---

MAYER ALTMAYER, Respondent, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Appellants.

(Argued October 13, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made March 9, 1891, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Julien T. Davies* for appellants.

*Henry T. Atwater* for respondent.

Agree to affirm ; no opinion.
All concur, except EARL, J., not voting.
Judgment affirmed.